**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7836**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

PRESTON CORNELIUS EVERETT, a/k/a P,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge.  (1:05-cr-00019-LMB-1)

Submitted:  March 25, 2014          Decided:  March 28, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Preston Cornelius Everett, Appellant Pro Se.  Dana James Boente,
Acting  United  States  Attorney,  Alexandria,  Virginia,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Cornelius Everett appeals the district court's order denying his motion to correct a clerical error pursuant to Federal Rule of Criminal Procedure 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for for the reasons stated by the district court. <u>United States v. Everett</u>, No. 1:05-cr-00019-LMB-1 (E.D. Va. Oct. 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>